Pay Grp  FILE #           000000-000000
009      000243992
Dept: 7275510105-SLSPA-Hanover   Salty-MFG

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

# Earnings Statement

Page 001 of 001
Period Beg/End:   10/25/2020 - 10/31/2020
Advice Date:      11/05/2020
Advice Number:    0003153304
Batch Number:     OTPG-1368

**Natalie R Shank**
**1296 Hoff Road**
**Hanover, PA 17331**

Pay Rate: $33.40 Hourly
Emp ID:1000243992

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 33.4000 | 56.00 | 1,870.40 | 72,527.19 |
| OT Prem 0.5x | 16.7000 | 16.00 | 267.20 | 7,178.01 |
| IMPINC/Life | 0.0000 | 0.00 | 2.23 | 91.43 |
| Sft Bns EM | | | | 1,725.76 |
| Holiday Pay | | | | 2,271.20 |
| Vacation Pay | | | | 5,076.80 |
| SpecialBonus | | | | 500.00 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 85.50 | 3,551.13 |
| Tobacco | 12.50 | 512.50 |
| Dental | 4.00 | 164.00 |
| Medical | 3.75 | 153.75 |
| Total Before-Tax | 105.75 | 4,381.38 |
| **After-Tax Deductions** | | |
| 401(k) Loan | 162.30 | 7,303.50 |

Gross Pay           2,137.60   89,278.96

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding | 356.78 | 14,514.28 |
| OASDI | 131.42 | 5,489.49 |
| State Tax - PA | 65.00 | 2,715.35 |
| Medicare | 30.73 | 1,283.83 |
| City Tax - PENN | 21.20 | 885.45 |
| SUI-Employee Paid - PA | 1.29 | 53.57 |
| PA LST - PENN | 1.00 | 44.00 |

Total After-Tax     162.30     7,303.50
Total Deductions    268.05     11,684.88

Total Net Pay       1,262.13   52,608.11
Fed Txable Wages    2,034.08   84,989.01
Tot Hours Worked    56.00      2,171.47

| Description | Accrued | Used | Balance |
|---|---|---|---|
| Vacation Time | 0.00 | 0.00 | 56.00 |

Total Taxes         607.42     24,985.97

© 2002 AutomaticData Processing (PCSUVO)

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

Advice Number:    0003153304
Advice Date:      11/05/2020

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| NatalieR Shank | Checking XXXXX9587 | $1262.13 |

Pay Grp FILE # 000000-000000
009 000243992
Dept: 7275510105-SLSPA-Hanover Salty-MFG

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

# Earnings Statement

Page 001 of 001
Period Beg/End: 11/01/2020 - 11/07/2020
Advice Date: 11/12/2020
Advice Number: 0003169789
Batch Number: OTPG-1373

**Natalie R Shank**
**1296 Hoff Road**
**Hanover, PA 17331**

Pay Rate: $33.40 Hourly
Emp ID:1000243992

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 33.4000 | 40.25 | 1,344.35 | 73,871.54 |
| Vacation Pay | | 8.00 | 267.20 | 5,344.00 |
| OT Prem 0.5x | 16.7000 | 0.25 | 4.18 | 7,182.19 |
| IMPINC/Life | 0.0000 | 0.00 | 2.23 | 93.66 |
| SpecialBonus | | | | 500.00 |
| Holiday Pay | | | | 2,271.20 |
| Sft Bns EM | | | | 1,725.76 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 64.63 | 3,615.76 |
| Tobacco | 12.50 | 525.00 |
| Dental | 4.00 | 168.00 |
| Medical | 3.75 | 157.50 |
| Total Before-Tax | 84.88 | 4,466.26 |
| **After-Tax Deductions** | | |
| 401(k) Loan | 162.30 | 7,465.80 |

| | | This Period | Year-to-Date |
|---|---|---|---|
| Gross Pay | | 1,615.73 | 90,894.69 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding | 240.24 | 14,754.52 |
| OASDI | 99.06 | 5,588.55 |
| State Tax - PA | 48.98 | 2,764.33 |
| Medicare | 23.17 | 1,307.00 |
| City Tax - PENN | 15.98 | 901.43 |
| PA LST - PENN | 1.00 | 45.00 |
| SUI-Employee Paid - PA | 0.97 | 54.54 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax | 162.30 | 7,465.80 |
| Total Deductions | 247.18 | 11,932.06 |
| Total Net Pay | 939.15 | 53,547.26 |
| Fed Txable Wages | 1,533.08 | 86,522.09 |
| Tot Hours Worked | 40.25 | 2,211.72 |

| Description | Accrued | Used | Balance |
|---|---|---|---|
| Vacation Time | 0.00 | 8.00 | 48.00 |

| Total Taxes | 429.40 | 25,415.37 |
|---|---|---|

© 2002 AutomaticData Processing (PCSUVO)

---

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

Advice Number: 0003169789
Advice Date: 11/12/2020

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| NatalieR Shank | Checking XXXXX9587 | $939.15 |

Pay Grp FILE # 000000-000000
009    000243992
Dept: 7275510105-SLSPA-Hanover  Salty-MFG

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

# Earnings Statement

Page 001 of 001
Period Beg/End:  11/08/2020 - 11/14/2020
Advice Date:     11/19/2020
Advice Number:   0003187519
Batch Number:    OTPG-1379

**Natalie R Shank**
**1296 Hoff Road**
**Hanover, PA 17331**

Pay Rate: $33.40 Hourly
Emp ID:1000243992

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 33.4000 | 48.00 | 1,603.20 | 75,474.74 |
| OT Prem 0.5x | 16.7000 | 8.00 | 133.60 | 7,315.79 |
| IMPINC/Life | 0.0000 | 0.00 | 2.23 | 95.89 |
| SpecialBonus | | | | 500.00 |
| Holiday Pay | | | | 2,271.20 |
| Sft Bns EM | | | | 1,725.76 |
| Vacation Pay | | | | 5,344.00 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 69.47 | 3,685.23 |
| Tobacco | 12.50 | 537.50 |
| Dental | 4.00 | 172.00 |
| Medical | 3.75 | 161.25 |
| Total Before-Tax | 89.72 | 4,555.98 |
| **After-Tax Deductions** | | |
| 401(k) Loan | 162.30 | 7,628.10 |

Gross Pay   1,736.80   92,631.49

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding | 265.81 | 15,020.33 |
| OASDI | 106.56 | 5,695.11 |
| State Tax - PA | 52.70 | 2,817.03 |
| Medicare | 24.92 | 1,331.92 |
| City Tax - PENN | 17.19 | 918.62 |
| SUI-Employee Paid - PA | 1.04 | 55.58 |
| PA LST - PENN | 1.00 | 46.00 |

Total After-Tax   162.30   7,628.10
Total Deductions  252.02  12,184.08

Total Net Pay     1,015.56   54,562.82
Fed Txable Wages  1,649.31   88,171.40
Tot Hours Worked     48.00    2,259.72

| Description | Accrued | Used | Balance |
|---|---|---|---|
| Vacation Time | 0.00 | 0.00 | 48.00 |

Total Taxes   469.22   25,884.59

© 2002 AutomaticData Processing (PCSUVO)

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

Advice Number:  0003187519
Advice Date:    11/19/2020

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| NatalieR Shank | Checking XXXXX9587 | $1015.56 |

```
Pay Grp  FILE #        000000-000000
009      000243992
Dept: 7275510105-SLSPA-Hanover   Salty-MFG
```

**EARNINGS STATEMENT**

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

```
                        Page  001 of 001
Period Beg/End:   11/15/2020 - 11/21/2020
Advice Date:      11/25/2020
Advice Number:    0003193114
Batch Number:     OTPG-1384
```

**Natalie R Shank**
**1296 Hoff Road**
**Hanover, PA 17331**

Pay Rate: $33.40 Hourly
Emp ID:1000243992

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 33.4000 | 40.00 | 1,336.00 | 76,810.74 |
| Vacation Pay | | 16.00 | 534.40 | 5,878.40 |
| IMPINC/Life | 0.0000 | 0.00 | 2.23 | 98.12 |
| Sft Bns EM | | | | 1,725.76 |
| Holiday Pay | | | | 2,271.20 |
| SpecialBonus | | | | 500.00 |
| OT Prem 0.5x | | | | 7,315.79 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 74.82 | 3,760.05 |
| Tobacco | 12.50 | 550.00 |
| Dental | 4.00 | 176.00 |
| Medical | 3.75 | 165.00 |
| Total Before-Tax | 95.07 | 4,651.05 |
| **After-Tax Deductions** | | |
| 401(k) Loan | 162.30 | 7,790.40 |

| | | This Period | Year-to-Date |
|---|---|---|---|
| **Gross Pay** | | 1,870.40 | 94,501.89 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding | 295.22 | 15,315.55 |
| OASDI | 114.85 | 5,809.96 |
| State Tax - PA | 56.80 | 2,873.83 |
| Medicare | 26.86 | 1,358.78 |
| City Tax - PENN | 18.52 | 937.14 |
| SUI-Employee Paid - PA | 1.12 | 56.70 |
| PA LST - PENN | 1.00 | 47.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax | 162.30 | 7,790.40 |
| Total Deductions | 257.37 | 12,441.45 |
| Total Net Pay | 1,098.66 | 55,661.48 |
| Fed Txable Wages | 1,777.56 | 89,948.96 |
| Tot Hours Worked | 40.00 | 2,299.72 |

| Description | Accrued | Used | Balance |
|---|---|---|---|
| Vacation Time | 0.00 | 16.00 | 32.00 |

| | This Period | Year-to-Date |
|---|---|---|
| **Total Taxes** | 514.37 | 26,398.96 |

© 2002 AutomaticData Processing (PCSUVO)

---

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

Advice Number:  0003193114
Advice Date:    11/25/2020

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| NatalieR Shank | Checking XXXXX9587 | $1098.66 |

# Earnings Statement

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

Page 001 of 001
Period Beg/End: 12/20/2020 - 12/26/2020
Advice Date: 12/31/2020
Advice Number: 0003273557
Batch Number: OTPG-1411

**Natalie R Shank**
**1296 Hoff Road**
**Hanover, PA 17331**

Pay Rate: $34.77 Hourly
Emp ID:1000243992

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 34.7700 | 31.98 | 1,111.95 | 81,527.10 |
| Holiday Pay | 34.7700 | 16.00 | 556.32 | 3,361.92 |
| Vacation Pay | | | | 6,434.72 |
| ImpIncAward | | | | 25.00 |
| OT Prem 0.5x | | | | 7,454.87 |
| Emerg TO | | | | 1,914.21 |
| IMPINC/Life | | | | 107.34 |
| SpecialBonus | | | | 500.00 |
| IMPINC Adj | | | | 0.30 |
| Sft Bns EM | | | | 1,725.76 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 133.46 | 4,369.26 |
| Tobacco | 0.00 | 600.00 |
| Dental | 0.00 | 192.00 |
| Medical | 0.00 | 180.00 |
| Total Before-Tax | 133.46 | 5,341.26 |
| **After-Tax Deductions** | | |
| 401(k) Loan | 0.00 | 8,439.60 |

Gross Pay 1,668.27 102,918.58

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding | 240.62 | 16,537.77 |
| OASDI | 103.43 | 6,328.91 |
| State Tax - PA | 51.22 | 3,130.52 |
| Medicare | 24.19 | 1,480.15 |
| City Tax - PENN | 16.68 | 1,020.83 |
| SUI-Employee Paid - PA | 1.00 | 61.77 |
| PA LST - PENN | 1.00 | 52.00 |

Total After-Tax 0.00 8,439.60
Total Deductions 133.46 13,780.86

Total Net Pay 1,096.67 60,525.77
Fed Txable Wages 1,534.81 97,709.96
Tot Hours Worked 31.98 2,435.68

| Description | Accrued | Used | Balance |
|---|---|---|---|
| Vacation Time | 0.00 | 0.00 | 16.00 |

Total Taxes 438.14 28,611.95

© 2002 AutomaticData Processing (PCSUVO)

---

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

Advice Number: 0003273557
Advice Date: 12/31/2020

**THIS IS NOT A CHECK**

| **Deposited to the account of** | **Account Number** | **Amount** |
|---|---|---|
| NatalieR Shank | Checking XXXXX9587 | $1096.67 |

```
Pay Grp   FILE #        000000-000000
009       000243992
Dept: 7275510105-SLSPA-Hanover    Salty-MFG
```

## Earnings   Statement

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

Page  001 of 001
Period Beg/End:   12/13/2020 - 12/19/2020
Advice Date:      12/24/2020
Advice Number:    0003260833
Batch Number:     OTPG-1405

**Natalie R Shank**
**1296 Hoff Road**
**Hanover, PA 17331**

Pay Rate: $34.77 Hourly
Emp ID:1000243992

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 34.7700 | 32.00 | 1,112.64 | 80,415.15 |
| Vacation Pay | | 16.00 | 556.32 | 6,434.72 |
| IMPINC/Life | 0.0000 | 0.00 | 2.38 | 107.34 |
| Sft Bns EM | | | | 1,725.76 |
| ImpIncAward | | | | 25.00 |
| OT Prem 0.5x | | | | 7,454.87 |
| Holiday Pay | | | | 2,805.60 |
| SpecialBonus | | | | 500.00 |
| IMPINC Adj | | | | 0.30 |
| Emerg TO | | | | 1,914.21 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 133.52 | 4,235.80 |
| Tobacco | 12.50 | 600.00 |
| Dental | 4.00 | 192.00 |
| Medical | 3.75 | 180.00 |
| Total Before-Tax | 153.77 | 5,207.80 |
| **After-Tax Deductions** | | |
| 401(k) Loan | 162.30 | 8,439.60 |

| Gross Pay | 1,668.96 | 101,250.31 |
|---|---|---|

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding | 236.83 | 16,297.15 |
| OASDI | 102.37 | 6,225.48 |
| State Tax - PA | 50.62 | 3,079.30 |
| Medicare | 23.94 | 1,455.96 |
| City Tax - PENN | 16.51 | 1,004.15 |
| SUI-Employee Paid - PA | 1.01 | 60.77 |
| PA LST - PENN | 1.00 | 51.00 |

| Total After-Tax | 162.30 | 8,439.60 |
|---|---|---|
| Total Deductions | 316.07 | 13,647.40 |

Total Net Pay     920.61    59,429.10
Fed Txable Wages  1,517.57  96,175.15
Tot Hours Worked  32.00     2,403.70

| Description | Accrued | Used | Balance |
|---|---|---|---|
| Vacation Time | 0.00 | 16.00 | 16.00 |

| Total Taxes | 432.28 | 28,173.81 |
|---|---|---|

© 2002 AutomaticData Processing (PCSUVO)

---

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

Advice Number:   0003260833
Advice Date:     12/24/2020

**THIS IS NOT A CHECK**

| **Deposited to the account of** | **Account Number** | **Amount** |
|---|---|---|
| NatalieR Shank | Checking  XXXXX9587 | $920.61 |

Case 1:21-bk-00054-HWV   Doc 11   Filed 01/22/21   Entered 01/22/21 09:37:58   Desc
Main Document    Page 6 of 9

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

# Earnings Statement

Page 001 of 001
Period Beg/End:   12/06/2020 - 12/12/2020
Advice Date:      12/17/2020
Advice Number:    0003251931
Batch Number:     OTPG-1400

**Natalie R Shank**
**1296 Hoff Road**
**Hanover, PA 17331**

Pay Rate: $34.77 Hourly
Emp ID:1000243992

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Hour | 34.7700 | 48.00 | 1,668.96 | 79,302.51 |
| OT Prem 0.5x | 17.3800 | 8.00 | 139.08 | 7,454.87 |
| IMPINC/Life | 0.0000 | 0.00 | 2.38 | 104.96 |
| IMPINC Adj | 0.0000 | 0.00 | 0.30 | 0.30 |
| Holiday Pay | | | | 2,805.60 |
| Sft Bns EM | | | | 1,725.76 |
| ImpIncAward | | | | 25.00 |
| SpecialBonus | | | | 500.00 |
| Vacation Pay | | | | 5,878.40 |
| Emerg TO | | | | 1,914.21 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 144.64 | 4,102.28 |
| Tobacco | 12.50 | 587.50 |
| Dental | 4.00 | 188.00 |
| Medical | 3.75 | 176.25 |
| Total Before-Tax | 164.89 | 5,054.03 |
| **After-Tax Deductions** | | |
| 401(k) Loan | 162.30 | 8,277.30 |

| Gross Pay | 1,808.04 | 99,581.35 |
|---|---|---|

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding | 265.04 | 16,060.32 |
| OASDI | 111.01 | 6,123.11 |
| State Tax - PA | 54.89 | 3,028.68 |
| Medicare | 25.96 | 1,432.02 |
| City Tax - PENN | 17.90 | 987.64 |
| SUI-Employee Paid - PA | 1.08 | 59.76 |
| PA LST - PENN | 1.00 | 50.00 |

| Total After-Tax | 162.30 | 8,277.30 |
|---|---|---|
| Total Deductions | 327.19 | 13,331.33 |

| | | |
|---|---|---|
| Total Net Pay | 1,003.97 | 58,508.49 |
| Fed Txable Wages | 1,645.83 | 94,657.58 |
| Tot Hours Worked | 48.00 | 2,371.70 |

| Description | Accrued | Used | Balance |
|---|---|---|---|
| Vacation Time | 0.00 | 0.00 | 32.00 |

| Total Taxes | 476.88 | 27,741.53 |
|---|---|---|

© 2002 AutomaticData Processing (PCSUVO)

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

Advice Number:  0003251931
Advice Date:    12/17/2020

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| NatalieR Shank | Checking  XXXXX9587 | $1003.97 |

Pay Grp  FILE #          000000-000000
009      000243992
Dept: 7275510105-SLSPA-Hanover   Salty-MFG

# Earnings   Statement

*Snyder's-Lance,   Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

| | |
|---|---|
| Page 001 of 001 | |
| Period Beg/End: | 11/29/2020 - 12/05/2020 |
| Advice Date: | 12/10/2020 |
| Advice Number: | 0003232790 |
| Batch Number: | OTPG-1395 |

**Natalie R Shank**
**1296 Hoff Road**
**Hanover, PA 17331**

Pay Rate: $34.77 Hourly
Emp ID:1000243992

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Emerg TO | 34.7700 | 32.00 | 1,112.61 | 1,914.21 |
| Regular Hour | 34.7700 | 15.98 | 555.61 | 77,633.55 |
| ImpIncAward | 0.0000 | 0.00 | 25.00 | 25.00 |
| IMPINC/Life | 0.0000 | 0.00 | 2.23 | 102.58 |
| Holiday Pay | | | | 2,805.60 |
| SpecialBonus | | | | 500.00 |
| Vacation Pay | | | | 5,878.40 |
| OT Prem 0.5x | | | | 7,315.79 |
| Sft Bns EM | | | | 1,725.76 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 133.46 | 3,957.64 |
| Tobacco | 12.50 | 575.00 |
| Dental | 4.00 | 184.00 |
| Medical | 3.75 | 172.50 |
| Total Before-Tax | 153.71 | 4,889.14 |
| **After-Tax Deductions** | | |
| 401(k) Loan | 162.30 | 8,115.00 |

| Gross Pay | | 1,668.22 | 97,773.31 |
|---|---|---|---|

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding | 242.14 | 15,795.28 |
| OASDI | 103.86 | 6,012.10 |
| State Tax - PA | 51.36 | 2,973.79 |
| Medicare | 24.29 | 1,406.06 |
| City Tax - PENN | 16.75 | 969.74 |
| SUI-Employee Paid - PA | 1.02 | 58.68 |
| PA LST - PENN | 1.00 | 49.00 |

| Total After-Tax | 162.30 | 8,115.00 |
|---|---|---|
| Total Deductions | 316.01 | 13,004.14 |

| | | |
|---|---|---|
| Total Net Pay | 911.79 | 57,504.52 |
| Fed Txable Wages | 1,541.74 | 93,011.75 |
| Tot Hours Worked | 15.98 | 2,323.70 |

| Description | Accrued | Used | Balance |
|---|---|---|---|
| Vacation Time | 0.00 | 0.00 | 32.00 |

| Total Taxes | | 440.42 | 27,264.65 |
|---|---|---|---|

© 2002 AutomaticData Processing (PCSUVO)

---

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

| | |
|---|---|
| Advice Number: | 0003232790 |
| Advice Date: | 12/10/2020 |

**THIS IS NOT A CHECK**

| **Deposited to the account of** | **Account Number** | **Amount** |
|---|---|---|
| NatalieR Shank | Checking  XXXXX9587 | $911.79 |

Pay Grp FILE # 000000-000000
009    000243992
Dept: 7275510105-SLSPA-Hanover  Salty-MFG

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

# Earnings Statement

Page 001 of 001
Period Beg/End:   11/22/2020 - 11/28/2020
Advice Date:      12/03/2020
Advice Number:    0003220320
Batch Number:     OTPG-1388

**Natalie R Shank**
**1296 Hoff Road**
**Hanover, PA 17331**

Pay Rate: $34.77 Hourly
Emp ID:1000243992

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Emerg TO | 33.4000 | 24.00 | 801.60 | 801.60 |
| Holiday Pay | 33.4000 | 16.00 | 534.40 | 2,805.60 |
| Regular Hour | 33.4000 | 8.00 | 267.20 | 77,077.94 |
| IMPINC/Life | 0.0000 | 0.00 | 2.23 | 100.35 |
| Vacation Pay | | | | 5,878.40 |
| OT Prem 0.5x | | | | 7,315.79 |
| SpecialBonus | | | | 500.00 |
| Sft Bns EM | | | | 1,725.76 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 64.13 | 3,824.18 |
| Tobacco | 12.50 | 562.50 |
| Dental | 4.00 | 180.00 |
| Medical | 3.75 | 168.75 |
| Total Before-Tax | 84.38 | 4,735.43 |
| **After-Tax Deductions** | | |
| 401(k) Loan | 162.30 | 7,952.70 |

| | This Period | Year-to-Date |
|---|---|---|
| Gross Pay | 1,603.20 | 96,105.09 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding | 237.59 | 15,553.14 |
| OASDI | 98.28 | 5,908.24 |
| State Tax - PA | 48.60 | 2,922.43 |
| Medicare | 22.99 | 1,381.77 |
| City Tax - PENN | 15.85 | 952.99 |
| PA LST - PENN | 1.00 | 48.00 |
| SUI-Employee Paid - PA | 0.96 | 57.66 |

| | This Period | Year-to-Date |
|---|---|---|
| Total After-Tax | 162.30 | 7,952.70 |
| Total Deductions | 246.68 | 12,688.13 |
| Total Net Pay | 931.25 | 56,592.73 |
| Fed Txable Wages | 1,521.05 | 91,470.01 |
| Tot Hours Worked | 8.00 | 2,307.72 |

| Description | Accrued | Used | Balance |
|---|---|---|---|
| Vacation Time | 0.00 | 0.00 | 32.00 |

| | This Period | Year-to-Date |
|---|---|---|
| Total Taxes | 425.27 | 26,824.23 |

© 2002 AutomaticData Processing (PCSUVO)

*Snyder's-Lance, Inc.*
*800-438-1880*
*13515 Ballantyne Corporate Place*
*Charlotte, NC 28277*

Advice Number:   0003220320
Advice Date:     12/03/2020

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| NatalieR Shank | Checking XXXXX9587 | $931.25 |