Certificate Number: 05781-PAM-DE-035306414

Bankruptcy Case Number: 21-00054


05781-PAM-DE-035306414

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2021, at 4:47 o'clock PM PST, Natalie Shank completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 26, 2021

By: /s/Allison M Geving

Name: Allison M Geving

Title: President