In re:                                         Case No. 21-00054-HWV

Natalie R. Shank                          Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 3

Date Rcvd: Feb 12, 2021                    Form ID: ntcnfhrg                      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalie R. Shank, 1296 Hoff Road, Hanover, PA 17331-8016 |
| 5384512 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 5384513 | + | BAYVIEW FINANCIAL LOAN, ATTN: BANKRUPTCY DEPT, 4425 PONCE DE LEON BLVD. 5TH FLOOR, CORAL GABLES, FL 33146-1873 |
| 5384507 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5388000 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5384517 | + | CITIBANK / CITICORP CREDIT SERVICES, CENTRALIZED BANKRUPTCY, P O BOX 790034, ST LOUIS, MO 63179-0034 |
| 5384518 | + | CITIBANK, N.A., ATTN: BANKRUPTCY, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 5388975 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5389986 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5387502 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5384509 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5384523 | + | RAS LAVRAR, LLC, 425 COMMERCE DR. SUITE 150, FORT WASHINGTON, PA 19034-2727 |
| 5384508 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5384524 | + | SPECIALIZED LOAN SERVICING/SLS, ATTN: BANKRUPTCY, PO BOX 636005, LITTLETON, CO 80163-6005 |
| 5384527 | | WELTMAN, WEINBERG & REIS CO., LPA, 170 S. INDEPENDENCE MALL W., SUITE 874W, PHILADELPHIA, PA 19106-3334 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 18:59:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5384515 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 12 2021 18:59:11 | CAPITAL ONE, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5384514 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 12 2021 18:59:01 | CAPITAL ONE, P. O. BOX 85619, RICHMOND, VA 23285-5619 |
| 5384517 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 18:59:02 | CITIBANK / CITICORP CREDIT SERVICES, CENTRALIZED BANKRUPTCY, P O BOX 790034, ST LOUIS, MO 63179-0034 |
| 5384518 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 18:59:23 | CITIBANK, N.A., ATTN: BANKRUPTCY, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 5384519 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 12 2021 18:53:00 | CITIZENS BANK, 1 CITIZENS DR., MS: ROP 15B, RIVERSIDE, RI 02915 |
| 5384953 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 12 2021 18:53:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5384520 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2021 18:53:00 | COMENITY BANK / SONY VISA, C/O MIDLAND CREDIT MANAGEMENT, P O BOX 2121, WARREN, MI 48090-2121 |
| 5388975 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 18:59:23 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5384521 | + | Email/Text: mrdiscen@discover.com | Feb 12 2021 18:53:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5386976 | | Email/Text: mrdiscen@discover.com | Feb 12 2021 18:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5384510 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2021 18:53:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5384516 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 12 2021 18:59:10 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 5384522 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 12 2021 18:53:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5384525 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 18:59:21 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 5384526 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 18:59:10 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5384766 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 18:59:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5384511 | + | Email/Text: kcm@yatb.com | Feb 12 2021 18:53:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5389987 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5384506 | *+ | NATALIE R. SHANK, 1296 HOFF ROAD, HANOVER, PA 17331-8016 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Natalie R. Shank bdiefenderfer@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Natalie R. Shank, fka Natalie Saul, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:21−bk−00054−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 17, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: March 24, 2021 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristinaKovach, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 12, 2021 |

ntcnfhrg (03/18)