UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NATALIE R. SHANK : CHAPTER 13
        Debtor(s) :
        :
        CHARLES J. DEHART, III :
        STANDING CHAPTER 13 TRUSTEE :
        Movant :
        :
        vs. :
        :
        NAYTALIE R. SHANK :
        Respondent(s) : CASE NO. 1-21-bk-00054

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this 11th day of February, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

        1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

        Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

        a. Retirement loan (verification) – Line 41.
        b. Plan payment calculation sum of Lines 34, 35, 36 45.
        c. Additional 401(k) contribution – Line 46.

        2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a. The plan is underfunded relative to claims to be paid – 100% plan.

        3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

        a. 2020 Federal Income Tax return.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 18th day of February, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Brent Diefenderfer, Esquire
135 North George Street
York, PA 17401

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee2