# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Sonia A. Hileman,<br>**Debtor 1** | Chapter 13<br>Case No. 1:20–bk–03190–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 13, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: May 26, 2021

By the Court,

*(signature)*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

orcnfpln(05/18)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Sonia A. Hileman | CASE NO: 1:20-bk-3190-HWV<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/2/2021, I did cause a copy of the following documents, described below,

Order confirming Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/2/2021

/s/ Lawrence V. Young, Esquire
Lawrence V. Young, Esquire  21009

CGA Law Firm
135 N. George Street
York, PA  17401
717 848 4900

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Sonia A. Hileman

CASE NO: 1:20-bk-3190-HWV

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/2/2021, a copy of the following documents, described below,

Order confirming Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/2/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Lawrence V. Young, Esquire
CGA Law Firm
135 N. George Street
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-20-BK-03190-HWV<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>WED APR 7 16-32-56 EDT 2021 | CITIBANK CREDIT<br>BANKRUPTCY DEPARTMENT<br>P O BOX 790034<br>ST LOUIS MO 63179-0034 | COMENITY BOSCOVS<br>ATTN BANKRUPTCY DEPT<br>P O BOX 182125<br>COLUMBUS OH 43218-2125 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MIDLAND CREDIT MANAGEMENT INC<br>CO DANIEL J SANTUCCI ESQ<br>1 INTERNATIONAL PLAZA 5TH FL<br>PHILADELPHIA PA 19113-1510 | MIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>P O BOX 2121<br>WARREN MI 48090-2121 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | UNITED COLLECTION BUREAU INC<br>5620 SOUTHWYCK BLVD<br>SUITE 206<br>TOLEDO OH 43614-1501 |
| WELLS FARGO BANK NA<br>ATTN BANKRUPTCY<br>1 HOME CAMPUS MAC X2303-01A<br>DES MOINES IA 50328-0001 | YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | |