LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Natalie R. Shank					:	CHAPTER 13
							:
							:	CASE NO. 1 - 21 -bk- 54
							:
							:
		Debtor(s)				:

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c)<br>1. Amount agreed to by debtor<br>2. Less amount paid to attorney prior to filing petition<br>3. Balance of compensation to be paid through plan distributions<br>4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $<br>$<br>$ 0.00<br>$ |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)<br>1. Retainer received<br>2. Compensation earned prepetition and paid to attorney prior to filing petition<br>3. Expenses reimbursed prepetition<br>4. Balance in retainer after deduction of prepetition compensation and expenses<br>5. Compensation and expenses to be approved by the Court and to be paid through plan distributions, less balance in client trust account | $ 1,850.00<br>$ 6,427.40<br>$ 439.34<br>$ 0.00<br>$ 5,016.74 |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 5,016.74 |

Dated:  4/14/22                                     /s/Brent C. Diefenderfer, Esquire
                                                    Attorney for Debtor