United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 21-00054-HWV
Natalie R. Shank     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: May 01, 2024     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5488548 | Email/Text: nsm_bk_notices@mrcooper.com | May 01 2024 18:44:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, ATTN: Bankruptcy Department |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2024     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bernadette Irace | on behalf of Creditor Nationstar Mortgage LLC birace@milsteadlaw.com bkecf@milsteadlaw.com |
| Brent Diefenderfer | on behalf of Debtor 1 Natalie R. Shank bdiefenderfer@cgalaw.com rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Community Loan Servicing LLC mfarrington@kmllawgroup.com |
| Michelle McGowan | on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

District/off: 0314-1     User: AutoDocke     Page 2 of 2
Date Rcvd: May 01, 2024     Form ID: trc     Total Noticed: 1
TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:21-bk-00054-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Natalie R. Shank
1296 Hoff Road
Hanover PA 17331

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/30/2024.

Name and Address of Alleged Transferor(s):

Claim No. 12: Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, ATTN: Bankruptcy Department

Name and Address of Transferee:

Nationstar Mortgage LLC
Rushmore Servicing
ATTN: Bankruptcy Dept
PO Box 619096
Dallas TX 75261-9741
Nationstar Mortgage LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/03/24

Terrence S. Miller
**CLERK OF THE COURT**