Fill in this information to identify the case:

Debtor 1 __NATALIE R. SHANK__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __MIDDLE__ District of __PA__
(State)

Case number __21-00054__

Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:** RUSHMORE SERVICING

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 0 9 2 9

**Property address:** 1296 HOFF ROAD
Number    Street

HANOVER,       PA      17331
City           State   ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 6.46 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 6.46 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 6.46 |

## Part 4: Postpetition Payments

Check one:

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/Donna Schott, Funds Manager          Date  1 / 28 / 2026
Signature

Trustee: Jack N Zaharopoulos
First Name / Middle Name / Last Name

Address: 8125 Adams Drive, Suite A
Number / Street

Hummelstown    PA    17036
City / State / ZIP Code

Contact phone ( 717 ) 566 - 6097    Email info@pamd13trustee.com

# Disbursements for Claim

Case: 21-00054    NATALIE R. SHANK

**COMMUNITY LOAN SERVICING LLC**
4425 PONCE DE LEON BLVD, 5
CORAL GABLES, FL   3314

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: Hoff Rd - PRE-ARREARS - 092
ARREARS - 1296 HOFF ROAD

| | | | |
|---|---|---|---|
| Amt Sched: $137,604.00 | Debt: $6.46 | Interest Paid: $0.00 | |
| | | Accrued Int: $0.00 | |
| Amt Due: $0.00 | Paid: $6.46 | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **COMMUNITY LOAN SERVICING LLC** | | | | | | | |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 06/16/2021 | 2001318 | $6.46 | $0.00 | $6.46 | 06/24/2021 |
| | | | Sub-totals: | | $6.46 | $0.00 | $6.46 | |
| | | | Grand Total: | | $6.46 | $0.00 | | |