Fill in this information to identify the case:

Debtor 1      Natalie R. Shank
              fka Natalie Saul

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                                        (State)

Case number 1:21-bk-00054-HWV

Official Form 410C13-NR

# Amended Response to Trustee's Notice of Disbursements Made
### 12/25

_____

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1:     Mortgage Information

**Name of claim holder:** Rocket Mortgage LLC, s/b/m NationStar Mortgage LLC

**Court claim no.** (if known): 12-1

*\*\*Rocket Mortgage LLC is successor by merger to NationStar Mortgage LLC as of February 2, 2026*

**Last 4 digits** of any number you use to identify the debtor's account: 0929

**Property address:**     1296 HOFF RD
                          Number          Street

                          HANOVER, PA 17331
                          City                    State        ZIP Code

## Part 2:     Arrearages

The total amount received to cure any arrearages as of the date of this response: $6.46

*Check all that apply:*

[x] The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $_____.

[x] The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _____.

Case 1:21-bk-00054-HWV   Doc 62   Filed 02/26/26   Entered 02/26/26 14:51:47   Desc
Main Document      Page 1 of 7

| **Part 3:** | **Postpetition Payments** |
| --- | --- |

*(a) Check all that apply:*

[x] The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: 3/1/2026

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i. Date last payment was received on the mortgage: 1/30/2026

ii. Date next postpetition payment from the debtor is due: 3/1/2026

iii. Amount of the next postpetition payment that is due: $1,488.53

iv. Unpaid principal balance of the loan: $116,043.65

v. Additional amounts due for any deferred or accrued interest: $400.59

vi. Balance of the escrow account: $3,077.66

vii. Balance of unapplied funds or funds held in a suspense account: $54.96

viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $0.00

Case 1:21-bk-00054-HWV    Doc 62    Filed 02/26/26    Entered 02/26/26 14:51:47    Desc
Main Document    Page 2 of 7

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- · all prepetition and postpetition payments received;
- · the application of all payments received;
- · all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- · all amounts the claim holder contends remain unpaid.

**Part 5:** **Sign Here**

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder

■ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Jordan Katz                           Date 2/26/2026
     Signature

Print     Jordan Katz                           Title Authorized Agent
          First Name     Middle Name     Last Name

Company     Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**Identify the corporate servicer as the company if the authorized agent is a servicer**

Address     130 Clinton Rd #202
            Number          Street

            Fairfield              NJ              07004
            City               State          ZIP Code

Contact     470-321-7112                    Email jkatz@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>  February 26, 2026  </u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Natalie R. Shank
1296 Hoff Road
Hanover, PA 17331

*And via electronic mail to:*

Brent Diefenderfer
CGA Law Firm
135 North George Street
York, PA 17401

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ <u>  Justine Bennett  </u>
Email: <u>  Jusbennett@raslg.com  </u>



**Rushmore Servicing™**

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## PAYOFF QUOTE INFORMATION

| | |
|---|---|
| Statement Date: | 2/25/26 |
| Payoff Good Through Date: | 2/25/26 |

| | |
|---|---|
| Property Address: | 1296 HOFF RD |
| | HANOVER, PA 17331 |

NATALIE R SHANK
1296 HOFF RD
HANOVER, PA 17331

## PAYOFF BREAKDOWN

| | |
|---|---|
| Current Unpaid Principal Balance: | $116,043.65 |
| Interest - from 2/1/26 to 2/25/26 | $400.59 |
| County Recording Fee | $78.75 |
| Third Party Reconveyance Preparation Fee | $20.00 |
| **TOTAL PAYOFF AMOUNT** | **$116,542.99** |

**GOOD THROUGH 2/25/26**

## INTEREST

| | |
|---|---|
| Annual Interest Rate | 5.250% |
| Interest Calculated From | 2/1/26 - 2/25/26 |
| Daily Interest Amount* | $16.69 |

**\* HOW IS THIS CALCULATED?**

Interest is calculated over the course of a month on a daily interest basis. The interest listed in the total amount due is calculated through the proposed payoff date. The interest amount due can be higher or lower based upon when we receive the payoff funds.

**DAILY INTEREST CALCULATION:**

Current Unpaid Principal Balance X Interest Rate / 365 = Daily Interest.

*If funds are received after 2/25/26 or funds cannot be posted by this date due to missing or incorrect information, we may require payment of additional interest or the funds received may be returned to you. If you cannot complete payment in full by 2/25/26, please contact us to request a new payoff statement.

## ESCROW

| **Escrow Account Balance** | | $3,077.66 |
|---|---|---|

**We will continue to make escrow disbursements until receipt of the payoff funds. The disbursements listed below may occur up to 30 days prior to the due date. You must increase the payoff amount to include any escrow deficiency caused by a disbursement made prior to our receipt of the payoff funds.**

| | DUE DATE | AMOUNT |
|---|---|---|
| HAZARD SFR | 11/10/26 | $1,024.00 |
| TOWN TAX | 3/31/26 | $1,594.96 |
| SCHOOL TAX | 8/31/26 | $4,211.03 |

## PAYMENT INSTRUCTIONS

Payoff funds must be remitted via certified funds (wire transfer or cashier's check only). Personal checks, certified personal checks, or cash will not be accepted.

**WIRE TRANSFER**

| | |
|---|---|
| Beneficiary Name: | Rushmore Servicing |
| Bank Name: | JP Morgan Chase Bank, NA |
| Bank Address: | 270 Park Ave |
| | New York, NY 10017 |

**CASHIER'S CHECKS**

Cashier's checks must be made payable to Rushmore Servicing and mailed to:

Rushmore Servicing
8950 Cypress Waters Blvd.
Coppell, TX 75019

*Customer Name, Loan Number, and Property Address should be provided on all cashier's checks and correspondence

**CUSTOMER SERVICE**

877-888-4606
www.rushmoreservicing.com

Monday - Thursday 7 a.m. to 8 p.m. (CT)
Friday 7 a.m. to 7 p.m. (CT)
Saturday 8 a.m. to 12 p.m. (CT)



Questions? Scan here.

Rushmore Servicing℠ and Mr. Cooper® are brand names for Nationstar Mortgage LLC.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt against you personally.


EQUAL HOUSING OPPORTUNITY



## ADDITIONAL FUNDS

These are funds in your account that haven't been allocated or applied toward your loan. Learn more on the next page.

| Unapplied Funds | $54.96 |
| --- | --- |



# FREQUENTLY ASKED QUESTIONS

**What happens next?**

After your final payment has been processed, there is nothing else you need to do. Your lien release will be mailed to you in 3 to 9 months, or sooner depending on state guidelines, and when it is available you can find it in your online Rushmore Servicing account. Any money we owe you will be returned to you by check within 20 business days. If you've moved, be sure to let us know. You can easily update your address in your online account.

**How is my daily interest calculated?**

We multiply your unpaid principal balance by your interest rate. This is the yearly interest for your unpaid principal. Then we divide this by 365 days to get your daily interest rate.

**Should I continue to make my scheduled payments?**

Yes, continue to make your scheduled payments. If your payoff payment is received after your payment due date and a payment has not been made, a late charge may be assessed and added to the payoff amount due. Please note that if any payment previously made to this account is returned, the payoff amount may be insufficient. Additionally, late payments may be reflected on credit reporting, even if the loan is subsequently paid off.

**Which form of payment can I use for my payoff?**

We only accept cashier's check or wire transfers for payoff payments.

Forms of payment we cannot accept include personal checks, third party checks, attorney/trustee checks, money orders, ACH/ARC entries, direct deposit, internal bank-to-bank transfers, and others. Incorrect forms of payment can cause delays. Please note additional fees, costs, disbursements, and interest may continue to accrue on the loan until acceptable payoff funds are received.

**When will my payoff post?**

Funds received by 5 p.m. (CT) will be posted the same day. Funds received after 5 p.m. (CT) will be posted the following business day.

**What if I use AutoPay or online bill pay with my bank?**

If you are on AutoPay, it will automatically be cancelled when payoff funds are received.

If you use online bill pay through your bank, please cancel your automatic payments at least 3 business days prior to your draft date to avoid any unnecessary withdrawals.

**What are the Additional Funds on my account?**

Typically, these are previous partial payments or overpayments that were not applied to your account. After your payoff, you will receive a check within 20 business days for any remaining funds. This happens automatically. You do not need to request this check.

**What happens if I send in the wrong payoff amount?**

If your payoff payment is short, we will attempt to cover the difference with any money left over in your escrow account. If you don't have an escrow account or the balance is too low, we will attempt to contact whoever sent the funds. If these attempts are unsuccessful, the total amount paid will be returned to the sender.

If you overpay, you will automatically receive a check for the difference once the account has been balanced out.

**What if I have an escrow balance, can this be applied towards my payoff payment?**

Absolutely. Please note that your escrow balance is subject to change.

**What if there are extra funds in my escrow account after my payoff is completed?**

Once your account is balanced out, you will receive a check within 20 business days for any remaining funds. This happens automatically and does not need to be requested.

**Do you continue to make escrow payments on my behalf?**

Yes, we will continue to make payments on all escrow items (hazard, flood, PMI/MIP, taxes, etc.) up to the date of payoff. These may be paid up to 30 days in advance of the due date. Please note that it is the responsibility of the loan holder(s) and their closing agent to obtain a refund should a double payment occur.

**If I move, do you need my updated address?**

Yes, we will need your new address in order to send you year-end statements, any applicable refunds, and other documents pertaining to your loan and payoff. You can update your mailing address in your online account or by contacting us at 877-888-4606.

**What if I'm in foreclosure?**

This payoff quote is good through the date listed on the front page. However, if you are in default and a foreclosure sale is scheduled prior to the good through date of this payoff quote, you MUST contact us before the foreclosure sale date for an updated payoff amount. Payoff funds should be overnighted and received by us at least 24 hours prior to the foreclosure sale date to ensure the foreclosure is cancelled.

Because any pending foreclosure action will not be delayed or dismissed until payoff funds are received, additional fees and costs may be incurred prior to the expiration of this quote, so the total amount due may increase. Therefore, for informational purposes only, we are providing an estimate of fees and costs that may become due and owing between the date of this quote and its good through date. Should any estimated fee and/or cost become due during this period, the total amount necessary to pay off your loan, as shown in the Payoff Quote, will increase. As of the date of this quote, no estimated fees and costs have been included in the amount required to pay off your loan noted as the "Total Payoff Amount." This estimate is being provided solely as a courtesy and no portion thereof will be collected, unless and until a fee or cost is actually billed and/or incurred. If any estimated fee and/or cost is actually incurred and/or billed before the expiration of this quote, a new payoff quote will be sent to you.

**How will I know that the payoff is complete and final?**

You will receive immediate confirmation once we've received your final payment and another confirmation once it has been processed. Then, we will forward the necessary documents to the Trustee and/or County Recorder's Office to release our lien. You should receive your lien release within 3 to 9 months, or sooner depending on state guidelines. Any overpayments or remaining escrow funds will be sent to you by check no more than 20 business days after payoff.

All payoff figures are subject to final verification of the mortgage lender. We may adjust any portion of this payoff statement, at any time, for the following reasons, including, but not limited to, escrow disbursements made on behalf of the loan holder(s), fee advances, items returned by your financial institution, including previously made payments, additional fees or charges, and any good faith and/or inadvertent clerical errors.